**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| TERRENCE J. HANCOCK, et al. | FILED STAMP: JULY 30, 2008 |
| v. | 08CV4328 |
| RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC., an Illinois corporation, f/k/a RITE-WAY CONSTRUCTION SERVICES, INC. | JUDGE ANDERSEN |
|  | MAG. JUDGE NOLAN J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TERRENCE J. HANCOCK, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print) | |
| Beverly P. Alfon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Beverly P. Alfon | |
| FIRM | |
| Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS | |
| 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6274459 | 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |