## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv4328      Assigned/Issued By: j. n.

Judge Name: andersen      Designated Magistrate Judge: nolan

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP      [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350      Receipt #: 2980902

Date Payment Rec'd: 7-30-08      Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons      [ ] Alias Summons
[ ] Third Party Summons      [ ] Lis Pendens
[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                 *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets      [ ] Other
[ ] Writ _____
       *(Type of Writ)*      *(Type of issuance)*

1 Original and 0 copies on 7-30-08 as to defendant
                        *(Date)*