AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRENCE J. HANCOCK, et al.

V.

RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC., f/k/a RITE-WAY CONSTRUCTION SERVICES, INC.

CASE NUMBER: 08CV4328

ASSIGNED JUDGE: JUDGE ANDERSEN

MAG. JUDGE NOLAN

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Riteway-Huggins Construction Services, Inc.
c/o James X. Bormes, Registered Agent
8 S. Michigan Avenue, #2600
Chicago, IL  60603
(312) 201-0575

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 30, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: August 11, 2008 |
| NAME OF SERVER (PRINT): Eli B. Freiburg | TITLE: Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with James X. Bormes, personally, Registered Agent for Riteway-Huggins Construction Services, Inc., 8 S. Michigan Avenue, Suite 2600, Chicago, IL 60603

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　August 11, 2008　　*[signature]*
　　　　　　　Date　　　　　　　　Signature of Server

200 W. Adams St., Ste. 2200, Chicago, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.