## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TERRANCE J. HANCOCK, DAVID M. SNELTEN, JOHN J. LISNER, WILLIAM H. COLLINS, DALE BOLT, and JOSEPH BENSON, as Trustees of the HEALTH AND WELFARE FUND OF THE EXCAVATING, GRADING AND ASPHALT CRAFT LOCAL NO. 731, | |
| TERRANCE J. HANCOCK, JOHN J. LISNER, DAVID M. SNELTEN, DALE BOLT, JOSEPH BENSON, and WILLIAM H. COLLINS, as Trustees of the local 731, I.B. OF T., EXCAVATORS AND PAVERS PENSION, TRUST FUND, | 08 CV 4328<br><br>Judge Andersen<br><br>Magistrate Judge Nolan |
| Plaintiffs, | |
| vs. | |
| RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC., an Illinois corporation, f/k/a RITE-WAY CONSTRUCTION SERVICES, INC., | |
| Defendant. | |

### NOTICE OF FILING

To:   Cecilia Scanlon
      Baum Sigman Auerbach & Neuman, Ltd.
      200 W. Adams St.
      Suite 2200.
      Chicago, IL 60606

PLEASE TAKE NOTICE that on the 3rd day of September, 2008 I, James X. Bormes, an attorney, caused to be filed with the Clerk for the United States District Court for the Northern District of Illinois Defendant Riteway - Huggins Construction Services, Inc.'s Answer to Complaint, a copy of which is attached hereto.

                          Respectfully submitted,

                    By:   s/James X. Bormes

James X. Bormes  
Harvey Chase Jewett  
LAW OFFICE OF JAMES X. BORMES, P.C.  
8 South Michigan Avenue  
Suite 2600  
Chicago, IL 60603  
312-201-0575  
Fax 312-332-0600

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on 3rd of September, 2008, he caused the foregoing Defendant's Notice of Motion Defendant Riteway - Huggins Construction Services, Inc.'s Answer to Complaint, to be filed electronically through the CM/ECF system and to be served by United States Mail, postage prepaid, upon the following non-CM/ECF participants:

                              s/James X. Bormes
                              James X. Bormes